UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

GINO MONTERIO,

                    Plaintiff,                                    ORDER

          v.                                           Case No. 13-cv-159-wmc

VALLEY CARTAGE COMPANY, INC.

                    Defendant.

---

The court having been advised by counsel for plaintiff that the above-entitled action has been settled, this case is hereby dismissed.  Any party may move to reopen for good cause shown.

Entered this 23rd day of May, 2014.

BY THE COURT:

William M. Conley
District Judge